**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NUMBER** 20-MJ-7139-MAB |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| **RICHARD L. BRITT** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CRIMINAL COMPLAINT**

I, Jacob Frechette, Special Agent with the Federal Bureau of Investigations, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**COUNT 1**
**ATTEMPTED ENTICEMENT OF A MINOR**

On or about June 27, 2020, the defendant, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere,

**RICHARD L. BRITT,**

defendant herein, using facilities of interstate commerce, that is a cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of 18 United States Code, Section 2422(b).

**COUNT 2**
**INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**

On or about June 27, 2020, the defendant, within the Southern District of Illinois and the Eastern District of Missouri, and elsewhere,

**RICHARD L. BRITT,**

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18 United States Code, Section 2423(f), with another person, in violation of Title 18, United States Code, Section 2423(b).

**AFFIDAVIT**

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. I have been employed by the FBI since January 2019. My employment has vested me with the authority to investigate violations of federal law, including Title 18, U.S.C. §§ 2252, 2252A, and 2422, all involving the Sexual Exploitation and Other Abuse of Children. During my time at the FBI Academy and while working the violation, I have received training in a variety of investigative and legal matters, including topics of searches, drafting search warrant Affidavits, and Probable Cause. I am presently assigned to the Springfield Violent Crimes Against Children Squad, which focuses on investigating individuals and dismantling organizations responsible for the sexual exploration of children through the manufacture and distribution of child pornography. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Section 2422. In connection with such investigations, I have served as case agent, have been the

affiant for several search warrants and I have conducted interviews of subjects, victims, and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that RICHARD L. BRITT committed violations of Title 18, United States Code, Sections 2422(b) and 2423(b).

4. On June 26 and 27, 2020, agents from the Federal Bureau of Investigation, along with a joint taskforce of various state and federal law enforcement agencies conducted an undercover investigation targeting subjects who were attempting to engage in sexual activity with minors.

5. Starting on approximately June 19, 2020, through June 27, 2020, undercover agents began posting ads on various online social media and dating platforms and applications. The ads were primarily dating profiles showing photos of young-looking male and female adult confidential sources. The ads all state that the person's age is 18 as that is the minimum age required for the websites.

6. A residence in Collinsville, Illinois was obtained to be the FBI Online Covert Employee ("OCE") location that targets were directed to for the purpose of engaging in sexual activity with the fictitious minors from the online profiles.

7. On June 27, 2020, a Special Agent with FBI, acting in authorized undercover capacity, was operating a profile on a popular online dating/chatting application. The FBI Online Covert Employee ("OCE") profile displayed an age of eighteen (18) years old, the minimum age permitted by the application. The OCE user profile was "Alexis" and included pictures of a female cooperating witness's face.

8. On June 27, 2020, at approximately 4:25 p.m. a target user with the name "Rick", later identified as BRITT, initiated a message conversation with the OCE profile "Alexis". The target profile showed a picture of an adult male wearing a dark shirt with a location of Barnhart, Missouri, with an age of 38 years old. The OCE responded to the message, and a short time later, this excerpt of conversation occurred:

BRITT: Hey there

OCE: Well hello.

BRITT: How are you doing

OCE: Not bad. Bored AF. Lol

BRITT: I know the feeling I'm bored as fuck too.

OCE: Lol. Wanna text me?

9. During the course of the chat, BRITT provided a phone number to the OCE. A conversation by text message began with BRITT on June 27, 2020, and the following conversation occurred at approximately 7:40 p.m.:

BRITT: Well if you are bored and need some to be bored with i can keep you company

OCE: That could be fun. Lol. Are u ok with me being young?

BRITT: Send a pic if ya would but yeah I'm ok with it

OCE: I'm almost 16…

….

OCE: U ok with me being 15?

BRITT: You are pretty freaking cute

….

BRITT: I can't leave right yet my brothers kids are here he's picking then up soon

OCE: What would u wanna do

….

BRITT: Im sure we can figure something out

OCE: Lol

BRITT: I been watching videos all day hiding out in my room

OCE: Haha. What kinda videos

BRITT: Different kinds but mostly gun ones

BRITT: Girls mostly

10. BRITT indicated his interest in a sexual encounter, and the following excerpt of conversation occurred:

OCE: That's cool but I'm looking to do more than eat dinner tbh

BRITT: Me too just thought I'd get ya something along the way. Since you we won't eat we could jump a shower when I get there

OCE: That could be fun. Lol. I have never done anything in a shower

BRITT: I like it all and don't care how wild you wanna get. Or nasty.

….

OCE: I have only done hands and oral. Loved it

BRITT: Hmmm

….

BRITT: Well I hope you shave because hair is gross and makes everything look like a wreck.

OCE: I do. Its smooth down there. Lol

BRITT: I love eating ass and pussy from behind

OCE: Omg that sounds amazing

BRITT: I might stroke my cock at the same time in between both your feet as i tongue fuck your holes

….

BRITT: I'm sure you ain't got any type of toy

….

BRITT: I'll show ya some kinky wild things. I might just put a buttplug in now till I get there

OCE: What does that do?

….

OCE: I feel like all u wanna do is talk dirty

BRITT: No just letting ya know what I like and wanna do.

BRITT: My bro said he will be here in awhile. He bought a new house and is moving.

14. During the conversation, a plan was set to meet later that night at the OCE residence. On June 27, 2020, at approximately 9:26 p.m., BRITT informed the OCE he would be heading to the OCE residence soon and the following conversation ensued:

BRITT: 5 minutes

OCE: Your leaving in 5 min?

BRITT: He just got here so I can leave in about 5

BRITT: So where am I to be going

OCE: Where will u be coming from

BRITT: Arnold

OCE: Ok cool

OCE: I'm in Collinsville IL

15. As the conversation ensued, BRITT became suspicious of the OCE and made the following statements:

BRITT: Who all is there

OCE: Just me…

OCE: I told u I'm housesitting…

BRITT: Was wondering

BRITT: Toilet seat is up why is toilet seat up.

....

BRITT: I did them people just buy that that house

....

BRITT: Ok ima be pulling up but I don't like walk up to houses I don't know. Could you walk to the corner and meet me

....

OCE: U close?

BRITT: Yeah

....

BRITT: There are 2 sucks parked out to the righ5t 1 and 2 blocks down from that house

OCE: Ok... other people do live around here...

OCE: Hello...

BRITT: I know but how odd for 2 suvs to be parked. Pretty convenient

OCE: I dont know what tell you... other people park their cars at their houses...

OCE: Are u fr blowing me off?

BRITT: I know how cops are i know how surveillance looks these suvs are 1 and 2 away 1 is defiantly a cop. I am observant. But if you would of answered I'm not blowing you off

....

BRITT: I ran to bp

OCE: I'm out here

BRITT: Needed a soda

OCE: I'm seriously standing here

....

BRITT: A min One more question if you are from Champaign why do you have a 618 number. That's not the area code even for cell phones up there

16. Law enforcement observed a vehicle circling the OCE residence area several times during the time frame BRITT indicated he was in the area. Law enforcement conducted an investigative stop on the vehicle and identified BRITT as the driver. A cellular phone was seized from BRITT. BRITT was transported to the OCE residence for an interview. BRITT was mirandized and provided a statement. BRITT admitted he was chatting with the OCE throughout June 27, 2020. BRITT admitted his intention to have sexual contact with the OCE. BRITT denied being aware that the OCE was a minor.

17. Based on the foregoing, I submit that there is probable cause to believe on June 27, 2020, RICHARD L. BRITT, used a facility and means of interstate commerce, specifically his cellular telephone, and knowingly attempted to persuade, induce, and entice an individual who had not attainted the age of 18 years, to engage in a sexual activity for which a person could be charged in violation of 18 U.S.C. 2422(b) and did travel in interstate commerce for the purpose of engaging

in any illicit sexual conduct, as defined in Title 18 United States Code, Section 2423(f), with another person, in violation of Title 18, United States Code, Section 2423(b).

Jacob Frechette, Special Agent
Federal Bureau of Investigation

STEVEN D. WEINHOEFT
United States Attorney

Alexandria M. Burns
Assistant United States Attorney

Subscribed and sworn to before me this 29th day of June, 2020, within the Southern District of Illinois.

Mark A. Beatty
United States Magistrate Judge